## UNITED STATES *versus* WILLIAM L. GILBERT

PAPERS IN FILE: [None]

## GABRIEL GODFROY, EXECUTOR, ETC., OF AGATHA POUPARD, *versus* JACOB VISGER

PAPERS IN FILE: [None]
*1821 Calendar*, MS p. 104.

## UNITED STATES *versus* GEORGE BOYD

PAPERS IN FILE: [None]

## DeGARMO JONES *versus* BENJAMIN WOODWORTH

PAPERS IN FILE (1821–22): (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) bail piece; (5) discontinuance.
*1822–23 Calendar*, MS p. 12.